UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

LOUIS JACKSON,

                          Petitioner,

       Vs
                                                  9:07-CV-1146

DEBORAH SCHULT,

                          Respondent.

-------------------------------------

APPEARANCES:                                   OF COUNSEL:

LOUIS JACKSON
Petitioner, Pro Se
11067-007
1514 8th Street, N.W.
Washington, DC 20001

HON. ANDREW T. BAXTER                  CHARLES E. ROBERTS, ESQ.
Acting United States Attorney              Assistant U.S. Attorney
   for the Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

# O R D E R

      Petitioner, Louis Jackson, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  By Report-Recommendation dated October 27, 2008, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that the petition in this matter be denied and dismissed; and further, that a certificate of appealability not issue.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Bianchini, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in all respects.

A Certificate of Appealability will not be issued.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 21, 2008
       Utica, New York.